NO. 07-11-00486-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

JULY 18, 2012

R. WAYNE JOHNSON, APPELLANT

v.

DEBRA DENTON, ET AL, APPELLEE

FROM THE 287TH DISTRICT COURT OF BAILEY COUNTY;

NO. 8972; HONORABLE GORDON HOUSTON GREEN, JUDGE

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

**MEMORANDUM OPINION**

Appellant R. Wayne Johnson, appearing *pro se*, has filed a motion to voluntarily dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). No decision of this court having been delivered to date, we grant the motion and dismiss the appeal. *Id.* Because appellant appears pursuant to an affidavit of indigence, no costs are taxed. No motion for rehearing from appellant will be entertained and our mandate will issue forthwith.

James T. Campbell
Justice